NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7022

ROSELLA A. KEELER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 07-0291, Judge Robert N. Davis.

ON MOTION

ORDER

Upon consideration of Rosella E. Keeler's motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2009

JAN HORBALY
CLERK

cc:    Rosella E. Keeler
       Robert C. Bigler, Esq.

s8

ISSUED AS A MANDATE:      MAR 1 0 2009